# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 28, 2009

137716

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v                                                    SC: 137716
                                                     COA: 276599
                                                     Oakland CC: 2006-207259-FH

AKILI EUGENE ARMSTRONG,
        Defendant-Appellant.

_____/

On order of the Court, the application for leave to appeal the October 16, 2008 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

KELLY, C.J., would grant leave to appeal for the reasons set forth in her opinion in *People v Idziak*, 484 Mich 549 (2009).

CAVANAGH, J., would grant leave to appeal to reconsider *People v Idziak*, 484 Mich 549 (2009).



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 28, 2009                    _____
                                                        Clerk

s0921